# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| DEAN BRYAN DAVIDSON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 4:23-cv-00325-NCC |
| ) | |
| FERRING PHARMACEUTICALS INC., ) | |
| ) | |
| Defendant. ) | |

## OPINION, MEMORANDUM AND ORDER

This matter is before the Court on self-represented plaintiff Dean Bryan Davidson's letter to the Court dated August 29, 2023, which the Court construes as a motion for reconsideration. *See* ECF No. 14

"Motions for reconsideration serve a limited function: to correct manifest errors of law or fact or to present newly discovered evidence." *Arnold v. ADT Sec. Servs., Inc.*, 627 F.3d 716, 721 (8th Cir. 2010) (quoting *Hagerman v. Yukon Energy Corp.*, 839 F.2d 407, 414 (8th Cir. 1988)). A motion for reconsideration "is not a vehicle for simple reargument on the merits." *Broadway v. Norris*, 193 F.3d 987, 989 (8th Cir. 1999). Plaintiff's motion presents no basis for reconsideration of the Court's Opinion, Memorandum and Order dated August 10, 2023. Because Plaintiff does "nothing more than reargue somewhat more fully, the merits of the claim," the motion for reconsideration is denied. *Broadway*, 193 F.3d at 989-990.

Accordingly,

-2-

**IT IS HEREBY ORDERED** that plaintiff's letter to the Court dated August 29, 2023, which the Court construes as a motion for reconsideration of the Court's Opinion, Memorandum and Order dated August 10, 2023, is **DENIED**. [ECF No. 14]

Dated this 7th day of November, 2023.

_____
HENRY EDWARD AUTREY
UNITED STATES DISTRICT JUDGE